No. 98–7081.  INMAN v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 98–7083.  JIROVEC v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7090.  HERNANDEZ v. AYERS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–7092.  HOMER v. EDGEWORTH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–7099.  RUSH v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–7103.  CLARKE v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–7104.  PARKER v. CHAMPION, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 98–7106.  SHERRILLS v. PENNINGTON ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 98–7107.  ROSENBERG v. ROSENBERG.  C. A. D. C. Cir.  Certiorari denied.

No. 98–7108.  BOOKLESS v. MCKUNE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–7109.  DESMOND v. MASSACHUSETTS BAY TRANSPORTATION AUTHORITY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 98–7111.  HINES v. ALFORD, SUPERINTENDENT, GULF CORRECTIONAL INSTITUTION.  Sup. Ct. Fla.  Certiorari denied.

No. 98–7115.  HURD v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–7120.  FINK v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.